UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| KELLY N. MEILE, | Case No. CV-15-170-M-JCL |
|---|---|
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| NANCY A. BERRYHILL, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is reversed, and this matter is remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated this 13th day of March, 2017.

TYLER P. GILMAN, CLERK

By: /s/ Annie Puhrmann
Annie Puhrmann, Deputy Clerk